ROBERT NELSON v. STATE.

No. A-774.   Opinion Filed November 24, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

Robert Nelson was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

S. M. Rutherford, for plaintiff in error.

E. G. Spilman, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the superior court of Muskogee county at the January, 1910, term, on a charge of having the possession of intoxicating liquor for the unlawful· purpose of selling the same, and his punishment fixed at a fine of two hundred dollars and imprisonment in the county jail for a period of sixty days. The record shows that this case was tried by a jury composed of six men.   Following the rule laid down in the case of Tillie Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291, the judgment is reversed and the cause remanded with directions to grant a new trial.

---

TOM RATLIFF v. STATE.

No. A-968.   Opinion Filed November 25, 1911.

Appeal from Ellis County Court; A. E. Williams, Judge.

Tom Ratliff was convicted of violating the prohibitory law, and appeals.   Appeal dismissed.

Perry J. Morris, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Ellis county at the July, 1910, term, on a charge of selling intoxicating liquor, and on the 12th day of August was sentenced by the court to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.   On this date the court granted 45 days in which to make and serve case-made, but did not fix time for filing petition in error and case-made in this court.   On the 24th day of September, thereafter, an additional order was made extending the time 30 days in which to make and serve case-made, but no extension of time was granted within which to file the appeal in this court.   On the 5th day of December, 1910, the appeal was filed in this court, nearly 30 days after the time within which the law provides it should have been filed.   The Attorney General has filed a motion to dismiss the appeal on the ground that it was not taken within the time allowed by law.   The motion is well taken and is sustained, and the appeal accordingly dismissed.